IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KATRINA MARIE THORPE, | : |  |
| --- | --- | --- |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | Civ. No. 17-3383 |
|  | : |  |
| NANCY A. BERRYHILL, | : |  |
| Defendant. | : |  |

## O R D E R

**AND NOW**, this 16th day of April, 2018, upon consideration of Chief Magistrate Judge Linda K. Caracappa's Report and Recommendation (Doc. No. 14), to which there are no objections, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 9) is **GRANTED in part** and the decision of the Commissioner of Social Security is **VACATED**;

3. This matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation;

4. The **CLERK OF COURT** shall **ENTER JUDGMENT** by separate document in favor of Plaintiff and against the Commissioner. See Shalala v. Schaefer, 509 U.S. 292, 303 (1993); Kadelski v. Sullivan, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

5. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.